**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC ELIJAH ALLEN, | No.  1:23-cv-01310-JLT-FRS (BAM) (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS |
| v. | |
| RODRIGUEZ, | (Doc. 17) |
| Defendant. | |

Plaintiff Eric Elijah Allen is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 15, 2026, the assigned Magistrate Judge screened the complaint and found Plaintiff stated a cognizable claim against Defendant Rodriguez for excessive force in violation of the Eighth Amendment but failed to state any other cognizable claims for relief.  (Doc. 15.)  The Magistrate Judge ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the cognizable claim identified by the Court.  (*Id.*)  On February 6, 2026, Plaintiff filed a notice indicating his willingness to proceed on the cognizable claim identified by the Court.  (Doc. 16.)

Accordingly, on February 10, 2026, the Magistrate Judge issued findings and recommendations that this action proceed on Plaintiff's complaint against Defendant Rodriguez for excessive force in violation of the Eighth Amendment.  (Doc. 17.)  The Magistrate Judge

1

further recommended that all other claims be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The Court served the findings and recommendations on Plaintiff, notified him that any objections were to be filed within 14 days, and warned him that failure to timely object may waive certain rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff has not filed objections, and the deadline to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on February 10, 2026, (Doc. 17), are **ADOPTED IN FULL**.

2. This action shall proceed on Plaintiff's complaint, filed September 5, 2023, (Doc. 1), only against Defendant Rodriguez for excessive force in violation of the Eighth Amendment.

3. All other claims are dismissed from this action for failure to state claims upon which relief may be granted.

4. This action is referred to the Magistrate Judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    **March 20, 2026**

UNITED STATES DISTRICT JUDGE

2